# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Keith DeWitt, Sr., | : |
| Plaintiff, | : |
| | : Case No. 3:16cv00021 |
| vs. | : |
| | : District Judge Thomas M. Rose |
| Commissioner Of The | : Magistrate Judge Sharon L. Ovington |
| Internal Revenue Service, | : |
| Defendant. | : |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on June 12, 2017 (Doc. #18) is ADOPTED in full;

2. Plaintiff's *pro se* Petition for Summary Judgment (Doc. #17) is DENIED.

June 27, 2017                                                    *s/Thomas M. Rose

_____
Thomas M. Rose
United States District Judge