# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| Keith W. DeWitt, Sr., | : | Case No. 3:16-cv-00021 |
| --- | --- | --- |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| Commissioner of the Internal Revenue Service, | : | |
| Defendant. | : | |

# ORDER

Upon review of the Commissioner's Status Report (Doc. #21), and the record as a whole, it is hereby **ORDERED** that:

1. The Notation Order previously staying this case is VACATED, and the Clerk of Court is directed to reopen this case on the Court's docket.

2. Dispostive motions—including motions for summary judgments—must be filed by **May 17, 2019**.

3. Additional case-management dates, if necessary, will be set upon the resolution of dispositive motions.

April 11, 2019

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge