# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KEITH W. DeWITT, SR., | Case No. 3:16-cv-00021 |
| Plaintiff, | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| vs. | |
| COMMISSIONER OF THE<br>INTERNAL REVENUE SERVICE, | |
| Defendant. | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendant filed a Motion to Dismiss, or Alternatively, for Summary Judgment on June 5, 2019. (Doc. #28). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **July 1, 2019**. If you fail to file a response timely, Defendant's Motion to Dismiss or Alternative Motion for Summary Judgment may be granted and your case dismissed.

June 6, 2019

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge