# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KEITH W. DeWITT, SR., | Case No. 3:16-cv-00021 |
| Plaintiff, | |
| vs. | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF THE INTERNAL REVENUE SERVICE, | **DECISION AND ENTRY** |
| Defendant. | |

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #38), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on January 27, 2020 (Doc. #38) is ADOPTED in full;

2. The Government's Motion to Dismiss, or Alternatively for Summary Judgment (Doc. #28) is GRANTED and summary judgment is entered in the Government's favor and against Plaintiff; and

3. The case is terminated on the Court's docket.

February 21, 2020          *s/Thomas M. Rose

                                                    Thomas M. Rose
                                                    United States District Judge